**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Junaid Hassan,**

**Petitioner,**

**v.**

**Franklin County Sheriff's Office,**

**Respondent.**

**Case No. 2:26-cv-480**

**Judge Michael H. Watson**

**Magistrate Judge Merz**

**ORDER**

The Court has reviewed the Report and Recommendations ("R&R") of United States Magistrate Judge Michael R. Merz, ECF No. 13, to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections were filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said R&R.

Accordingly, Respondent's Motion to Dismiss, ECF No. 10, is **GRANTED**, and the Petition is **DISMISSED** without prejudice. Petitioner is **DENIED** any requested certificate of appealability, and the Court hereby **CERTIFIES** to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**